NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOWARD BLAKE TILLMAN, named as Sir Howard Blake Tillman II, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID SHINN, Director; R. CARR, Deputy Warden; TEDESCO, Unknown: named as John and Jane Doe Tedesco, Correctional Officer II; DAVIS, Unknown CO II; MORRIS, Unknown Complex Warden; D'ARCY DAVIS; UNKNOWN PARTIES, Named as John and Jane Doe, Morris, Complex Warden; RODNEY CARR, Deputy Warden; UNKNOWN PARTIES, Named as John and Jane Doe, Tedesco, <br><br> Defendants-Appellees. | No. 22-16869 <br><br> D.C. No. 2:20-cv-01378-JAT-DMF <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted February 27, 2024[**]

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before:  BENNETT, BADE, and COLLINS, Circuit Judges.

Arizona state prisoner Howard Blake Tillman appeals pro se from the district court's order granting summary judgment for defendants on his claim, brought under 42 U.S.C. § 1983, alleging an Eighth Amendment violation arising from unsafe conditions of confinement.  We have jurisdiction under 28 U.S.C. § 1291, and we review de novo.  *Gordon v. County of Orange*, 888 F.3d 1118, 1122 (9th Cir. 2018).  We affirm.

The district court properly granted summary judgment in favor of defendants on Tillman's conditions-of-confinement claim because he failed to raise a genuine dispute of material fact that defendants were deliberately indifferent to a risk to inmate health or safety that was "sufficiently serious" to establish an Eighth Amendment violation.  *See Farmer v. Brennan*, 511 U.S. 825, 832–34 (1994).

**AFFIRMED.**